# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRÉ M. ESPINOSA**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING JR.**<br>**COURTHOUSE**<br>**50 WALNUT STREET**<br>**ROOM 2037, COURTROOM 2D**<br>**NEWARK, NJ 07102**<br>**973.645.3827** |

## LETTER ORDER

May 9, 2025

*By email*

Desiree Grace, AUSA
United States Attorney's Office

*By email*

Rahul Agarwal, Esq.
Friedman Kaplan Seiler Adelman & Robbins LLP

Raymond M. Brown, Esq.
Pashman Stein Walder Hayden P.C.

Wanda Akin, Esq.
Wanda Akin & Associates

      Re:    *USA v. Baraka*
              Magistrate No. 25-11131-AME

Dear Counsel:

      Be advised the Court will hold a hearing in this matter today, May 9, 2025, at 7:00 p.m. The hearing will proceed virtually, and a Teams meeting link will be provided to counsel. All counsel and the defendant shall appear.

      **IT IS SO ORDERED.**

                                                */s/ André M. Espinosa*
                                                ANDRÉ M. ESPINOSA
                                                UNITED STATES MAGISTRATE JUDGE

cc:    Hon. Renee M. Bumb, U.S.D.J. (by email)