# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | HON. ANDRE M. ESPINOSA |
| v. | Mag. No. 25-11131 |
| RAS BARAKA | **SUBSTITUTION OF COUNSEL** |

      This is to notice the appearance of Alina Habba, United States Attorney, District of New Jersey, by Stephen Demanovich, Assistant United States Attorney, substituting as counsel for Desiree Grace, First Assistant United States Attorney, as attorney of record for the United States in the above-captioned case.

      Service of all notices in this case should be made upon:

>STEPHEN DEMANOVICH
>Assistant United States Attorney
>970 Broad Street, Suite 700
>Newark, NJ 07102
>Tel: (973) 645-2890
>Email: Stephen.Demanovich@usdoj.gov

>ALINA HABBA
>United States Attorney

By: *s/ Stephen Demanovich*
      STEPHEN DEMANOVICH
      Assistant United States Attorney