# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

**UNITED STATES OF AMERICA**
*Plaintiff*

v.

**Ras Baraka**
*Defendant*

MAGISTRATE JUDGE: Magistrate Judge André M. Espinosa
CASE NO.: 25mj11131
DATE OF PROCEEDINGS: 5/15/2025
DATE OF ARREST: 5/9/2025

**PROCEEDINGS:** Status Conference

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: ___ AFPD ___ CJA
- [ ] WAIVER OF HRG: ___ PRELIM ___ REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED ___ FINANCIAL COLLOQUY
- [ ] Brady Order read on the record

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED _____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: ___ COURT ___ JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: STEPHEN DEMANOVICH
DEFT. COUNSEL: RAY BROWN, WANDA AKIN, AND RAHUL AGARWAL
PO/PTS: _____
INTERPRETER _____
Language: _____

** Status conference held to address procedural, scheduling, and discovery regarding this matter. The parties were directed to meet and confer to prepare a proposed order that will set the schedule for future proceedings.

TIME COMMENCED: 10:15 AM
TIME TERMINATED: 10:42 PM
CD NO: ECR

Joel De La Cruz
DEPUTY CLERK