# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: André M. Espinosa |
| v. | CASE NO. 25-mj-11131-AME |
| RAS BARAKA *Defendant* | DATE OF PROCEEDINGS: 5/21/2025 |
| | DATE OF ARREST: 5/9/2025 |

**PROCEEDINGS:** Hearing on Motion to Dismiss

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED [ ] FINANCIAL COLLOQUY

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**
- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

\*\*\* Hearing on the Government's proposed Order for dismissal held in this matter. Appearances of Counsel entered in the record. The Court entered a final remark regarding this matter and granted the dismissal. An Order of dismissal shall follow.

**APPEARANCES:**

AUSA: STEPHEN DEMANOVICH

DEFT. COUNSEL: RAHUL AGARWAL, WANDA AKIN, RAYMOND BROWN

PO/PTS:

INTERPRETER:
Language:

TIME COMMENCED: 1:07 PM
TIME TERMINATED: 1:22 PM
CD NO: ECR - TEAMS

s/Joel De La Cruz
DEPUTY CLERK