UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| | : | |
| v. | : | Mag. No. 25-11131 |
| | : | |
| RAS BARAKA | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Alina Habba, the United States Attorney for the District of New Jersey, hereby dismisses the Complaint against Ras Baraka, Mag. No. 25-11131, which was filed on May 9, 2025, charging Ras Baraka with trespassing, in violation of 18 U.S.C. § 13 and N.J.S.A. 2C:18-3, because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is with prejudice.

_____
ALINA HABBA
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
ANDRÉ M. ESPINOSA
United States Magistrate Judge

Dated: May 21, 2025